IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ebony N. Smith, | ) | Bankruptcy No. 20-21383 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 20, 21 |
| | ) | |
| Ebony N. Smith, | ) | Hearing Date and Time: |
| | ) | Wednesday, July 15, 2020 10:30 a.m. |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jefferson Capital Systems, LLC, | ) | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 3

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 filed on May 21, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 3 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 3 were to be filed and served no later than June 22, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 3 be entered by the Court.

Respectfully submitted,

June 23, 2020
Date:

/s/Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com