IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 20-21383 GLT |
| Ebony N. Smith | ) Chapter 13 |
|    Debtor | ) |
| | ) Related to Docket No. 26 |
| | ) |
| | ) |
| | ) |
| Ebony N. Smith | ) |
|    Movant | ) |
| | ) |
| | ) |
| | ) |
|    vs. | ) |
| Jefferson Capital Systems, LLC | ) |
|    Respondent | ) |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on June 29, 2020, a true and correct copy of the *Modified Default Order of Court dated June 24, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Served by CM/ECF filing**

Ebony N. Smith
3010 Ford Avenue
Pittsburgh, PA 15235

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Jefferson Capital Systems, LLC
Attn: Linda Dold Bk Specialist
PO Box 7999
St. Cloud, MN 56302-9617

Date of Service: June 29, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965