IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ebony N. Smith, | ) | Case No. 20-21383 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 29 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) July 6, 2020

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Jonathan M. Stewart, Esquire
Stewart, Murray & Associates Law Group, LLC
114 Smithfield Street
Pittsburgh, PA 15222

Service by CM/ECF:

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour: Trustee cmecf@chapter13trusteewdpa.com

                                              Respectfully submitted,

July 6, 2020                                     /s/ Kenneth Steidl
DATE                                                   Kenneth Steidl, Esquire
                                                        Attorney for the Debtor(s)
                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        ken.steidl@steidl-steinberg.com
                                                        PA I.D. No. 34965