IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ebony N. Smith, | ) | Bankruptcy No. 20-21383 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 30, 31 |
| | ) | |
| Ebony N. Smith, | ) | Hearing Date and Time: |
| | ) | August 26, 2020 10:00 a.m. |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services, | | |
| | | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 17

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 17 filed on July 1, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 17 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 17 were to be filed and served no later than July 31, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 17 be entered by the Court.

Respectfully submitted,

August 3, 2020
Date:

/s/Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
ken.steidl@steidl-steinberg.com