IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 20-21383 GLT |
| Ebony N. Smith | ) Chapter 13 |
|     Debtor | ) |
| | ) Related to Docket No. 38 |
| | ) |
| | ) |
| | ) |
| Ebony N. Smith | ) |
|     Movant | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| LVNV Funding, LLC | ) |
| c/o Resurgent Capital Services | ) |
|     Respondent | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 5, 2020, a true and correct copy of the *Modified Default Order dated August 4, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Served by CM/ECF filing**

Ebony N. Smith
3010 Ford Avenue
Pittsburgh, PA 15235

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: Stacie Rhoades
PO Box 10587
Greenville, SC 29603-0587

Date of Service: August 5, 2020      /s/ Kenneth Steidl
                                                                          Kenneth Steidl, Esquire
                                                                          Attorney for the Debtor
                                                                          STEIDL & STEINBERG
                                                                          707 Grant Street
                                                                          Suite 2830, Gulf Tower
                                                                          Pittsburgh, PA 15219
                                                                          (412) 391-8000
                                                                          Ken.steidl@steidl-steinberg.com
                                                                          PA I.D. No. 34965