IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ebony N. Smith, | ) | Case No. 20-21383 GLT |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-8134 | ) | |
| | ) | |
| Debtor | ) | Related to Document No. 44 |
| | ) | |
| Ebony N. Smith, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Willis Towers Watson US LLC | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 10, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ebony N. Smith
3010 Ford Avenue
Pittsburgh, PA 15235

Willis Towers Watson US LLC
Attn: Payroll
800 N. Glebe Road 9th Floor
Arlington, PA 22203-2159

**Served by ECF: Ronda J. Winnecour, Trutee**

Date of Service:      November 10, 2020    /s/ Kenneth Steidl
                                                          Kenneth Steidl, Esquire
                                                          STEIDL & STEINBERG
                                                          28th Floor, Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          PA I.D. 34965