IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| EBONY N. SMITH, | ) | Bankruptcy No. 20-21383-GLT |
| **Debtor(s)** | ) | |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION, | ) | Chapter 13 |
| **Movant** | ) | |
| | ) | |
| v. | ) | Related To Document No. 63 |
| | ) | |
| EBONY N. SMITH | ) | |
| NATHANIEL SANDS, | ) | **Response Deadline:  12/21/20** |
| **Respondent(s)** | ) | |
| | ) | **Hearing Date:  1/13/21 at 10:00 AM** |
| RONDA J. WINNECOUR, | ) | |
| **Trustee** | ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ
08057, certify that I am more than 18 years of age and that on December 2, 2020 I served by
United States mail, first class, postage prepaid, the Notice Of Teleconference Hearing With
Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Stay filed in
this proceeding on:

| | | |
|---|---|---|
| Ebony N. Smith | Nathaniel Sands | Kenneth Steidl, Esq. |
| 3010 Ford Avenue | 3010 Ford Avenue | Steidl & Steinberg |
| Pittsburgh, PA 15235 | Pittsburgh, PA 15235 | Suite 2830 Gulf Tower |
| (Debtor) | (Co- Debtor) | 707 Grant Street |
| | | Pittsburgh, PA 15219 |
| | | (Attorney For Debtor) |
| | Ronda J. Winnecour | Office of the United States Trustee |
| | Suite 3250, USX Tower | Liberty Center |
| | 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| | Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| | (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com