IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ebony N. Smith | ) | Case No. 20-21383 GLT |
| aka Ebony N. Greene, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 76 |
| | ) | |

## CERTIFICATE OF SERVICE OF ORDER APPROVING SETTLEMENT

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 2, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of U.S. Trustee

|  |  |
|---|---|
| | Respectfully submitted, |
| September 2, 2021 | /s/ Kenneth Steidl_____ |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor(s) |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-21383-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Sep  2 17:19:59 EDT 2021 | Aes/PNC Bank<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Aes/Pheaa<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| Aes/pheaaelt<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | Aes/pnc Bank<br>Attn: Bankruptcy<br>Po Box 2461<br>Harrisburg, PA 17105-2461 | American First Finance<br>7330 W. 33rd Street<br>Wichita, KS 67205-9370 |
| American First Finance<br>Attn: Bankruptcy<br>Po Box 565848<br>Dallas, TX 75356-5848 | American First Finance<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Credit Bureau Dispute<br>Plano, TX 75025 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Collection Service Center, Inc.<br>Attn: Bankruptcy<br>839 5th Ave.<br>New Kensington, PA 15068-6303 | Collection Service Center, Inc.<br>Pob 560<br>New Kensington, PA 15068-0560 | William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 |
| Credit Acceptance<br>25505 West 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Acceptance Corporation<br>25505 W. 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit Acceptance LLC<br>Po Box 5070<br>Southfield, MI 48086-5070 |
| Credit Management Company<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Credit Management Company<br>Attn: Bankruptcy<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 | Duquense Light<br>411 Seventh Avenue<br>Pittsburgh, PA 15219-1942 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | East Suburban Sports Medicine Center<br>4115 William Penn Highway<br>Murrysville PA 15668-1887 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | H&R Block Fee Center<br>P.O. Box 2716<br>Omaha, NE 68103-2716 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |

```
LVNV Funding, LLC                    Maria Miksich                     Brian Nicholas
Resurgent Capital Services           KML Law Group, P.C.               KML Law Group, P.C.
PO Box 10587                         701 Market Street                 701 Market Street
Greenville, SC 29603-0587            Suite 5000                        Suite 5000
                                     Philadelphia, PA 19106-1541       Philadelphia, PA 19106-1541


Office of the United States Trustee  OneMain Financial                 OneMain Financial
Liberty Center.                      Attn: Bankruptcy                  Po Box 1010
1001 Liberty Avenue, Suite 970       Po Box 3251                       Evansville, IN 47706-1010
Pittsburgh, PA 15222-3721            Evansville, IN 47731-3251


PA Toll Commission                   PHEAA                             Pennsylvania Department of Revenue
300 East Park Drive                  PO Box 8147                       Bankruptcy Division
Harrisburg, PA 17111-2729            Harrisburg, PA 17105-8147         P.O. Box 280946
                                                                       Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue        PennyMac Loan Services, LLC       PennyMac Loan Services, LLC
Department 280946                    Attn: Correspondence Unit         P.O. Box 2410
P.O. Box 280946                      Po Box 514387                     Moorpark, CA 93020-2410
ATTN: BANKRUPTCY DIVISION            Los Angeles, CA 90051-4387
Harrisburg, PA 17128-0946


PennyMac Loan Services, LLC          Peoples Natural Gas Company*      Quantum3 Group LLC as agent for
Po Box 514387                        375 North Shore                   Cognical Holdings Inc.
Los Angeles, CA 90051-4387           Bankruptcy Division               PO Box 788
                                     Pittsburgh, PA 15212-5866         Kirkland, WA  98083-0788


SCOLOPAX, LLC                        Ebony N. Smith                    Kenneth Steidl
C/O WEINSTEIN & RILEY, PS            3010 Ford Avenue                  Steidl & Steinberg
2001 WESTERN AVENUE, STE 400         Pittsburgh, PA 15235-3623         Suite 2830 Gulf Tower
SEATTLE, WA 98121-3132                                                 707 Grant Street
                                                                       Pittsburgh, PA 15219-1908


Jonathan Stewart                     UPMC                              UPMC
SMA Law Group                        2 Hot Metal Street, Room 386      PO Box 371472
437 Grant Street                     Pittsburgh, PA 15203-2348         Pittsburgh, PA 15250-7472
No. 600
Pittsburgh, PA 15219-6010


UPMC Health Services                 UPMC Physician Services           US Department of Education/Great Lakes
PO Box 1123                          PO Box 1123                       2401 International Lane
Minneapolis, MN 55440-1123           Minneapolis, MN 55440-1123        Madison, WI 53704-3121


USDOE/GLELSI                         USDOE/GLELSI                      USX Federal Credit Union
2401 International Lane              Attn: Bankruptcy                  1293 Freedom Road
Madison, WI 53704-3121               Po Box 7860                       Cranberry Twp, PA 16066-4955
                                     Madison, WI 53707-7860


USX Federal Credit Union             USX Federal Credit Union          USX Federal Credit Union
600 Grant Street, Suite 670          P.O. Box 183258                   P.O. Box 657
Pittsburgh, PA 15219-2702            Columbus, OH 43218-3258           New Stanton, PA 15672-0657
```

```
USX Federal Credit Union                USX Federal Credit Union              Verizon
PO Box 1728                             c/o Customer Service                  by American InfoSource as agent
Cranberry Twp, PA 16066-0728            P.O. Box 30495                        PO Box 4457
                                        Tampa, FL 33630-3495                  Houston, TX  77210-4457


Wilkinsburg Penn Joint Water Authority  Ronda J. Winnecour
2200 Robinson Boulevard                 Suite 3250, USX Tower
Pittsburgh, PA 15221-1193               600 Grant Street
                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Aes/pnc Bank                         (d)Duquesne Light Company             (d)ECMC
Pob 61047                               c/o Bernstein-Burkley, P.C.           PO BOX 16408
Harrisburg, PA 17106-1047               707 Grant St., Suite 2200, Gulf Tower ST. PAUL, MN 55116-0408
                                        Pittsburgh, PA 15219-1945


(u)H& R Block Emerald Advance           (u)OneMainFinancial,PO Box 3251, Evansville,   (u)PENNYMAC LOAN SERVICES, LLC



End of Label Matrix
Mailable recipients    64
Bypassed recipients     6
Total                  70
```