**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/07/2021

IN RE:

EBONY N. SMITH
3010 FORD AVENUE
PITTSBURGH, PA  15235
XXX-XX-8134         Debtor(s)

Case No. 20-21383 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/7/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number:2   INT %: 6.00%<br>Court Claim Number:5<br>CLAIM:  26,366.65<br>COMMENT:  $CL5GOV@TRMS/PL*27281@6%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1860 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:1-2<br>CLAIM:  0.00<br>COMMENT:  RS/DOE*OUT/PL*AMD CL=$0*W/40 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6464 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX  75266-0929 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  0.00<br>COMMENT:  CL19GOV*DKT4PMT-LMT*BGN 5/20 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  3775 |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br><br>PITTSBURGH, PA  15221 | Trustee Claim Number:5   INT %: 10.00%<br>Court Claim Number:<br>CLAIM:  505.12<br>COMMENT:  200275-23964*$@10%/PL*19-20/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3964 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  3,603.39<br>COMMENT:  X0009/SCH*FR SUNTRUST/PHEAA-DOC 48 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8134 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  2,402.80<br>COMMENT:  X0010/SCH*FR SUNTRUST/PHEAA-DOC 46 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8134 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  10,382.82<br>COMMENT:  X0004/SCH*PNC BANK/PHEAA-DOC 45 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8134 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  16,191.12<br>COMMENT:  X0007/SCH*FR PNC BANK/PHEAA-DOC 47 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8134 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0006 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0005 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0008 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0003 |
| **AMERICAN FIRST FINANCE**<br>C/O BECKET AND LEE LLP<br>PO BOX 3002<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  895.72<br>COMMENT:  CL13GOV*NT PROV/PL*UNS/SCH*W/41 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6941 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  531.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5044 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  IUID |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FULL SVC NTWRK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1264 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  785.67<br>COMMENT:  X2017/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8936 |
| **EAST SUBURBAN SPORTS MEDICAL CENTER**<br>4115 WILLIAM PENN HWY<br><br>MURRYSVILLE, PA  15668 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:10-2<br><br>CLAIM:  1,835.00<br>COMMENT:  AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4476 |
| **H & R BLOCK++**<br>CRAFTON INGRAM SHOPPING CTR<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **H & R BLOCK++**<br>CRAFTON INGRAM SHOPPING CTR<br><br>PITTSBURGH, PA  15205 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL GRP LLC - A/S/F SPRINGL**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  2,495.03<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2989 |
| **PA TURNPIKE TOLL BY PLATE**<br>300 EAST PARK DR<br><br>HARRISBURG, PA  17111 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1883 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5349 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  7,061.27<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8134 |
| **PHEAA(*)**<br>PO BOX 1375<br><br>BUFFALO, NY  14240-1375 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  32,580.13<br>COMMENT:  X8581/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8134 |
| **USX FEDERAL CREDIT UNION***<br>POB 1728*<br><br>CRANBERRY TWP, PA  16066-0728 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  456.22<br>COMMENT:  NO ACCT/CL~ACCT/LOAN DOCS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7335 |
| **NATHAN SANDS**<br>5140 SANDS ST<br><br>PITTSBURGH, PA  15207 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:3 | CLAIM: 0.00 <br> COMMENT: NT/SCH*STRICKEN/DOE~STAELE*COMPUCREDIT*IMAGE MC*REF 3623411245*CL= | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8356 |
| **QUANTUM3 GROUP LLC - AGENT COGNICAL HC** <br> PO BOX 788 <br> KIRKLAND, WA  98083-0788 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:15 | CLAIM: 3,347.14 <br> COMMENT: NT/SCH*CL15GOV*NT PROV/PL*WAYFAIR/ZIBBY*LEASE-TO-OWN*W/33 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 6276 |
| **QUANTUM3 GROUP LLC - AGENT COGNICAL HC** <br> PO BOX 788 <br> KIRKLAND, WA  98083-0788 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:15 | CLAIM: 40.88 <br> COMMENT: NT/SCH*WAYFAIR/ZIBBY*LEASE-TO-OWN*W/32 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6276 |
| **PENNYMAC LOAN SERVICES LLC** <br> PO BOX 660929 <br> DALLAS, TX  75266-0929 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number:19 | CLAIM: 8,597.36 <br> COMMENT: CL19GOV*8k/PL*THRU 4/20 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 3775 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number:16 | CLAIM: 1,721.36 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8134 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:36  INT %: 0.00% <br> Court Claim Number:17 | CLAIM: 0.00 <br> COMMENT: NT/SCH*STRICKEN/DOE~STALE*CITIBANK*HFN ASSOCIATES COLLEGE*CL=$1,08 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1770 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** <br> PO BOX 4457 <br> HOUSTON, TX  77210-4457 | Trustee Claim Number:37  INT %: 0.00% <br> Court Claim Number:18 | CLAIM: 256.59 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **SCOLOPAX LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA  98124-3978 | Trustee Claim Number:38  INT %: 0.00% <br> Court Claim Number:21 | CLAIM: 338.22 <br> COMMENT: NT/SCH*CREDIT CARD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: EA00 |
| **WILLIAM E CRAIG ESQ** <br> MORTON AND CRAIG <br> 110 MARTER AVE STE 301 <br> MOORESTOWN, NJ  08057 | Trustee Claim Number:39  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: CRDIT ACCPTNC/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP*** <br> ATTN: BANKRUPTCY DEPT* <br> 25505 W 12 MILE RD STE 3000* <br> SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:40  INT %: 0.00% <br> Court Claim Number:1-2 | CLAIM: 7,580.86 <br> COMMENT: DEFICIENCY*AMD*W/3*DKT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6464 |

| AMERICAN FIRST FINANCE | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O BECKET AND LEE LLP | Court Claim Number:13 | ACCOUNT NO.: 6941 |
| PO BOX 3002 | | |
| MALVERN, PA  19355-0701 | CLAIM: 0.00 | |
| | COMMENT: UNS/SCH@14*CL=$0 | |