IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-21383-GLT |
| Ebony N. Smith ) | |
| ) | |
| Debtor ) | Chapter 13 |
| ) | Document No. _____ |
| Ronda J. Winnecour ) | Related to Claim No. 1 |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Credit Acceptance ) | |
| ) | |
| Respondent. ) | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR CLARIFICATION AS TO CREDIT ACCEPTANCE AMENDED CLAIM 1

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on October 12, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than November 1, 2021.

11/2/2021

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com