Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ebony N. Smith** | : | Case No. 20−21383−GLT |
| **aka Ebony N. Greene** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 109 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/19/23 at 10:30 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION


        **AND NOW,** this **The 24th of February, 2023**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** (the "Motion") having been filed at Doc. No. 109 by the Chapter 13 Trustee,

        It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before April 10, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **April 19, 2023 at 10:30 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is* ***SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*


Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 20-21383-GLT
Ebony N. Smith                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony N. Smith, 3010 Ford Avenue, Pittsburgh, PA 15235-3623 |
| sp | + | Jonathan Stewart, SMA Law Group, 437 Grant Street, No. 600, Pittsburgh, PA 15219-6010 |
| 15235864 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15235876 | + | PA Toll Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15235879 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15235887 | + | USX Federal Credit Union, 600 Grant Street, Suite 670, Pittsburgh, PA 15219-2702 |
| 15235889 | + | USX Federal Credit Union, P.O. Box 657, New Stanton, PA 15672-0657 |
| 15249377 | + | USX Federal Credit Union, 1293 Freedom Road, Cranberry Twp, PA 16066-4955 |
| 15235886 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15235888 | + | USX Federal Credit Union, c/o Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 15235885 | | USX Federal Credit Union, P.O. Box 183258, Columbus, OH 43218-3258 |
| 15235890 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2023 00:20:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:17:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235846 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235843 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235845 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235852 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235859 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:40 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15253305 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:49 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15235858 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:50 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15235861 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:25 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

District/off: 0315-2
Date Rcvd: Feb 24, 2023

User: auto
Form ID: 604

Page 2 of 4

Total Noticed: 55

| 15235863 | + Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | Feb 25 2023 00:20:42 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235862 | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | Feb 25 2023 00:18:18 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15243302 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Feb 25 2023 00:20:39 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15251588 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 25 2023 00:20:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15235865 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Feb 25 2023 00:18:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15235866 | + Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Feb 25 2023 00:17:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235867 | + Email/Text: ebnnotifications@creditacceptance.com | | |
| | | Feb 25 2023 00:17:00 | Credit Acceptance LLC, Po Box 5070, Southfield, MI 48086-5070 |
| 15235869 | + Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | Feb 25 2023 00:19:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15235868 | + Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | Feb 25 2023 00:19:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15235870 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Feb 25 2023 00:19:00 | Duquense Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15261857 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15308365 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Feb 25 2023 00:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235871 | + Email/Text: essmc@essmc.com | | |
| | | Feb 25 2023 00:19:00 | East Suburban Sports Medicine Center, 4115 William Penn Highway, Murrysville PA 15668-1887 |
| 15235873 | + Email/Text: dleabankruptcy@hrblock.com | | |
| | | Feb 25 2023 00:17:00 | H&R Block Fee Center, P.O. Box 2716, Omaha, NE 68103-2716 |
| 15240436 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 25 2023 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15257494 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 25 2023 00:20:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15235875 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Feb 25 2023 00:20:22 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15235874 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Feb 25 2023 00:20:34 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15240624 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Feb 25 2023 00:18:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15259990 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Feb 25 2023 00:20:13 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15235878 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Feb 25 2023 00:20:38 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15235877 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Feb 25 2023 00:20:13 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15255739 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15262005 | + Email/Text: bncmail@w-legal.com | | |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 55

| | | | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235881 | ^ | MEBN | Feb 25 2023 00:11:22 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15235880 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 25 2023 00:19:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15253864 | ^ | MEBN | Feb 25 2023 00:11:56 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15256379 | ^ | MEBN | Feb 25 2023 00:11:36 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235882 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | US Department of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 15235884 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15235883 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15259574 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:20:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15235872 | | H& R Block Emerald Advance |
| 15238464 | | OneMainFinancial,PO Box 3251, Evansville, IN 47731 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235847 | *+ | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235844 | *+ | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235848 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235850 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235851 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235853 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235854 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235855 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235856 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235857 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15308367 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308369 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308370 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Feb 24, 2023                   Form ID: 604                               Total Noticed: 55

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Ebony N. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7