**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| EBONY N. SMITH | Case No.:20-21383 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

 1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
 2. Approve the Trustee's Report of Receipts and Disbursements,
 3. Terminate wage attachments,
 4. Revest property of the estate in the debtor(s), and
 5. Enter a final decree and close this case.

February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2020 and confirmed on 7/2/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,198.84 |
| Less Refunds to Debtor | 786.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,411.91 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,785.00 | |
|   Trustee Fee | 3,952.54 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,737.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 31,391.02 | 0.00 | 31,391.02 |
|     Acct: 3775 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 8,597.36 | 8,597.36 | 0.00 | 8,597.36 |
|     Acct: 3775 | | | | |
|   WILKINSBURG-PENN JT WATER AUTH | 505.12 | 505.12 | 92.62 | 597.74 |
|     Acct: 3964 | | | | |
|   AMERICAN FIRST FINANCE | 895.72 | 895.72 | 0.00 | 895.72 |
|     Acct: 6941 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COGNI( | 3,347.14 | 3,347.14 | 0.00 | 3,347.14 |
|     Acct: 6276 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 26,366.65 | 26,366.65 | 2,582.33 | 28,948.98 |
|     Acct: 1860 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6464 | | | | |
| | | | | 73,777.96 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EBONY N. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EBONY N. SMITH | 786.93 | 786.93 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,385.00 | 3,385.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 1,075.00 | 1,075.00 | 0.00 | 1,075.00 |
|     Acct: 8134 | | | | |
|   ECMC(*) | 1,075.00 | 1,075.00 | 0.00 | 1,075.00 |
|     Acct: 8134 | | | | |
|   ECMC(*) | 1,075.00 | 1,075.00 | 0.00 | 1,075.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8134 | | | | |
| ECMC(*) | 1,075.00 | 1,075.00 | 0.00 | 1,075.00 |
| Acct: 8134 | | | | |
| PHEAA(*) | 1,075.00 | 1,075.00 | 0.00 | 1,075.00 |
| Acct: 8134 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 531.17 | 531.17 | 0.00 | 531.17 |
| Acct: 5044 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: IUID | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1264 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 785.67 | 785.67 | 0.00 | 785.67 |
| Acct: 8936 | | | | |
| EAST SUBURBAN SPORTS MEDICAL CEN | 1,835.00 | 1,835.00 | 0.00 | 1,835.00 |
| Acct: 4476 | | | | |
| H & R BLOCK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| H & R BLOCK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GRP LLC - A/S/F SP | 2,495.03 | 2,495.03 | 0.00 | 2,495.03 |
| Acct: 2989 | | | | |
| PA TURNPIKE TOLL BY PLATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1883 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5349 | | | | |
| UPMC HEALTH SERVICES | 7,061.27 | 7,061.27 | 0.00 | 7,061.27 |
| Acct: 8134 | | | | |
| USX FEDERAL CREDIT UNION* | 456.22 | 456.22 | 0.00 | 456.22 |
| Acct: 7335 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8356 | | | | |
| QUANTUM3 GROUP LLC - AGENT COGNI( | 40.88 | 40.88 | 0.00 | 40.88 |
| Acct: 6276 | | | | |
| UPMC PHYSICIAN SERVICES | 1,721.36 | 1,721.36 | 0.00 | 1,721.36 |
| Acct: 8134 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1770 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 256.59 | 256.59 | 0.00 | 256.59 |
| Acct: 0001 | | | | |
| SCOLOPAX LLC | 338.22 | 338.22 | 0.00 | 338.22 |
| Acct: EA00 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6464 | | | | |
| AMERICAN FIRST FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6941 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATHAN SANDS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

20-21383 | | | | | Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 20,896.41 |
| **TOTAL PAID TO CREDITORS** | | | | | 94,674.37 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED      39,711.99
UNSECURED    20,896.41

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EBONY N. SMITH

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:20-21383

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ebony N. Smith  
    Debtor

Case No. 20-21383-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Feb 24, 2023     Form ID: pdf900     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony N. Smith, 3010 Ford Avenue, Pittsburgh, PA 15235-3623 |
| sp | + | Jonathan Stewart, SMA Law Group, 437 Grant Street, No. 600, Pittsburgh, PA 15219-6010 |
| 15235864 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15235876 | + | PA Toll Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15235879 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15235887 | + | USX Federal Credit Union, 600 Grant Street, Suite 670, Pittsburgh, PA 15219-2702 |
| 15235889 | + | USX Federal Credit Union, P.O. Box 657, New Stanton, PA 15672-0657 |
| 15249377 | + | USX Federal Credit Union, 1293 Freedom Road, Cranberry Twp, PA 16066-4955 |
| 15235886 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15235888 | + | USX Federal Credit Union, c/o Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 15235885 | | USX Federal Credit Union, P.O. Box 183258, Columbus, OH 43218-3258 |
| 15235890 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2023 00:20:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:17:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235846 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235843 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235845 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235852 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235859 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:47 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15253305 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:58 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15235858 | + | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:52:02 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15235861 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:30 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 20-21383-GLT    Doc 114    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc
                        Imaged Certificate of Notice    Page 7 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| Recipient ID | | Method/Address | Date/Time | Name/Address |
|---|---|---|---|---|
| 15235863 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 25 2023 00:20:41 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235862 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 25 2023 00:20:18 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15243302 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2023 00:20:39 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15251588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15235865 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15235866 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:17:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235867 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2023 00:17:00 | Credit Acceptance LLC, Po Box 5070, Southfield, MI 48086-5070 |
| 15235869 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 25 2023 00:19:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15235868 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 25 2023 00:19:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15235870 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquense Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15261857 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15308365 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235871 | + | Email/Text: essmc@essmc.com | Feb 25 2023 00:19:00 | East Suburban Sports Medicine Center, 4115 William Penn Highway, Murrysville PA 15668-1887 |
| 15235873 | + | Email/Text: dleabankruptcy@hrblock.com | Feb 25 2023 00:17:00 | H&R Block Fee Center, P.O. Box 2716, Omaha, NE 68103-2716 |
| 15240436 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15257494 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15235875 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:33 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15235874 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:09 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15240624 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15259990 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2023 00:20:26 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15235878 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2023 00:20:15 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15235877 | + | Email/PDF: ebnotices@pnmac.com | Feb 25 2023 00:20:26 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15255739 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15262005 | | Email/Text: bncmail@w-legal.com | | |

Case 20-21383-GLT   Doc 114   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | Bypass Reason | Notice Type / Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 25 2023 00:18:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235881 | | ^ MEBN | Feb 25 2023 00:11:26 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15235880 | | + Email/Text: BankruptcyNotice@upmc.edu | Feb 25 2023 00:19:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15253864 | | ^ MEBN | Feb 25 2023 00:11:57 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15256379 | | ^ MEBN | Feb 25 2023 00:11:37 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235882 | | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | US Department of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 15235884 | | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15235883 | | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 25 2023 00:18:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15259574 | | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2023 00:20:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15235872 | | H& R Block Emerald Advance |
| 15238464 | | OneMainFinancial, PO Box 3251, Evansville, IN 47731 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235847 | *+ | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235844 | *+ | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235848 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235850 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235851 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235853 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235854 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235855 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235856 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235857 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15308367 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308369 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308370 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Ebony N. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7