| Information to identify the case: | |
|---|---|
| Debtor 1  **Ebony N. Smith**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8134<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number:   20–21383–GLT | |

# Order of Discharge                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Ebony N. Smith
   aka Ebony N. Greene

<u>4/11/23</u>                                         **By the court:** <u>Gregory L Taddonio</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21383-GLT |
| Ebony N. Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony N. Smith, 3010 Ford Avenue, Pittsburgh, PA 15235-3623 |
| sp | + | Jonathan Stewart, SMA Law Group, 437 Grant Street, No. 600, Pittsburgh, PA 15219-6010 |
| 15235864 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15235876 | + | PA Toll Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15235879 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15262005 | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235887 | + | USX Federal Credit Union, 600 Grant Street, Suite 670, Pittsburgh, PA 15219-2702 |
| 15235889 | + | USX Federal Credit Union, P.O. Box 657, New Stanton, PA 15672-0657 |
| 15249377 | + | USX Federal Credit Union, 1293 Freedom Road, Cranberry Twp, PA 16066-4955 |
| 15235886 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15235888 | + | USX Federal Credit Union, c/o Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 15235885 | | USX Federal Credit Union, P.O. Box 183258, Columbus, OH 43218-3258 |
| 15235890 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 12 2023 03:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2023 23:48:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235846 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235843 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235845 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Harrisburg, PA 17105-2461 |
| 15235852 | + Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235859 | + Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15253305 | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15235858 | + Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15235861 | + EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235860 | + EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15235863 | + EDI: CAPONEAUTO.COM | Apr 12 2023 03:37:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235862 | EDI: CAPONEAUTO.COM | Apr 12 2023 03:37:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15243302 | + EDI: AISACG.COM | Apr 12 2023 03:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15251588 | EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15235865 | + Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2023 23:49:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15235866 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2023 23:48:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235867 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2023 23:48:00 | Credit Acceptance LLC, Po Box 5070, Southfield, MI 48086-5070 |
| 15235869 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 11 2023 23:49:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15235868 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 11 2023 23:49:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15235870 | + Email/Text: kburkley@bernsteinlaw.com | Apr 11 2023 23:49:00 | Duquense Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15261857 | + Email/Text: kburkley@bernsteinlaw.com | Apr 11 2023 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15308365 | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2023 23:49:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235871 | + Email/Text: essmc@essmc.com | Apr 11 2023 23:49:00 | East Suburban Sports Medicine Center, 4115 William Penn Highway, Murrysville PA 15668-1887 |
| 15235873 | + Email/Text: dleabankruptcy@hrblock.com | Apr 11 2023 23:48:00 | H&R Block Fee Center, P.O. Box 2716, Omaha, NE 68103-2716 |
| 15240436 | EDI: JEFFERSONCAP.COM | Apr 12 2023 03:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15257494 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15235875 | + EDI: AGFINANCE.COM | Apr 12 2023 03:37:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15235874 | + EDI: AGFINANCE.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 12 2023 03:37:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15240624 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15259990 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 23:57:04 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15235878 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 23:57:12 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15235877 | + | Email/PDF: ebnotices@pnmac.com | Apr 11 2023 23:57:12 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15255739 | | EDI: Q3G.COM | Apr 12 2023 03:37:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15262005 | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235881 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15235880 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 11 2023 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15253864 | ^ | MEBN | Apr 11 2023 23:40:29 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15256379 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235882 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | US Department of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 15235884 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15235883 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15259574 | | EDI: AIS.COM | Apr 12 2023 03:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 47

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15235872 | | H& R Block Emerald Advance |
| 15238464 | | OneMainFinancial,PO Box 3251, Evansville, IN 47731 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235847 | *+ | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235844 | *+ | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235848 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235850 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235851 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235853 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235854 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235855 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235856 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235857 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 57 |

| | | |
|---|---|---|
| 15308367 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308369 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308370 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Ebony N. Smith julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7