IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/11/23 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
EBONY N. SMITH

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:20-21383

Chapter 13

Document No.: 109

ORDER OF COURT

AND NOW, this \_\_\_\_11th\_\_\_\_ day of \_\_\_\_April\_\_\_\_, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
Gregory L. Taddonio   jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21383-GLT |
| Ebony N. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony N. Smith, 3010 Ford Avenue, Pittsburgh, PA 15235-3623 |
| sp | + | Jonathan Stewart, SMA Law Group, 437 Grant Street, No. 600, Pittsburgh, PA 15219-6010 |
| 15235864 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15235876 | + | PA Toll Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15235879 | + | Peoples Natural Gas Company, 375 North Shore, Bankruptcy Division, Pittsburgh, PA 15212-5866 |
| 15262005 | + | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235887 | + | USX Federal Credit Union, 600 Grant Street, Suite 670, Pittsburgh, PA 15219-2702 |
| 15235889 | + | USX Federal Credit Union, P.O. Box 657, New Stanton, PA 15672-0657 |
| 15249377 | + | USX Federal Credit Union, 1293 Freedom Road, Cranberry Twp, PA 16066-4955 |
| 15235886 | + | USX Federal Credit Union, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15235888 | + | USX Federal Credit Union, c/o Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 15235885 | | USX Federal Credit Union, P.O. Box 183258, Columbus, OH 43218-3258 |
| 15235890 | + | Wilkinsburg Penn Joint Water Authority, 2200 Robinson Boulevard, Pittsburgh, PA 15221-1193 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2023 23:57:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 11 2023 23:48:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235846 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235843 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235845 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235852 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235859 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:13 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15253305 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:05 | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15235858 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 23:57:05 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15235861 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:09 | Capital One, Po Box 30281, Salt Lake City, UT |

Case 20-21383-GLT   Doc 120   Filed 04/13/23   Entered 04/14/23 00:26:59   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 15235863 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | 84130-0281 |
| | | | Apr 11 2023 23:57:21 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15235862 | | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Apr 11 2023 23:57:11 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15243302 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Apr 11 2023 23:57:20 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15251588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 11 2023 23:57:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15235865 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Apr 11 2023 23:49:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15235866 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Apr 11 2023 23:48:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15235867 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Apr 11 2023 23:48:00 | Credit Acceptance LLC, Po Box 5070, Southfield, MI 48086-5070 |
| 15235869 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Apr 11 2023 23:49:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15235868 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | | Apr 11 2023 23:49:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15235870 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 11 2023 23:49:00 | Duquense Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15261857 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 11 2023 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15308365 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Apr 11 2023 23:49:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235871 | + | Email/Text: essmc@essmc.com | | |
| | | | Apr 11 2023 23:49:00 | East Suburban Sports Medicine Center, 4115 William Penn Highway, Murrysville PA 15668-1887 |
| 15235873 | + | Email/Text: dleabankruptcy@hrblock.com | | |
| | | | Apr 11 2023 23:48:00 | H&R Block Fee Center, P.O. Box 2716, Omaha, NE 68103-2716 |
| 15240436 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 11 2023 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15257494 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 11 2023 23:57:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15235875 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Apr 11 2023 23:57:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15235874 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Apr 11 2023 23:57:08 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15240624 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 11 2023 23:48:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15259990 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 11 2023 23:57:11 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15235878 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 11 2023 23:57:21 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15235877 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 11 2023 23:57:04 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15255739 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15262005 | + | Email/Text: bncmail@w-legal.com | Apr 11 2023 23:48:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15235881 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15235880 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 11 2023 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15253864 | ^ | MEBN | Apr 11 2023 23:40:29 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15256379 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15235882 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | US Department of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 15235884 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15235883 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 11 2023 23:48:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 15259574 |   | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2023 23:57:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | PENNYMAC LOAN SERVICES, LLC |
| 15235872 |   | H& R Block Emerald Advance |
| 15238464 |   | OneMainFinancial, PO Box 3251, Evansville, IN 47731 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15235847 | *+ | Aes/PNC Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235844 | *+ | Aes/Pheaa, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235848 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235850 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235851 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15235853 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235854 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235855 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235856 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15235857 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15308367 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308369 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15308370 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 55 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
  on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Kenneth Steidl
  on behalf of Debtor Ebony N. Smith julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
  on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

William E. Craig
  on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7