**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Ebony N. Smith aka Ebony N. Greene

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    20-21383 GLT

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no**. (if known): 19-1

**Last 4 digits** of any number you use to identify the debtor's account: 3775

**Date of payment change:**
Must be at least 21 days after date of this notice    07/01/2022

**New total payment:**    $931.43
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment: $438.27    New escrow payment: $412.66

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: _____%    New interest rate: _____%

    Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)  <u>Ebony            N.        Smith</u>  Case number *(if known)*  <u>20-21383 GLT</u>
           First Name     Middle Name        Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>          Date  05/20/2022
   Signature
Print: Brian Nicholas
       20 May 2022, 10:46:10, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701        Market Street, Suite 5000</u>
         Number     Street
         Philadelphia,                PA    19106
         City                        State  ZIP Code

Contact phone  (215) 627–1322       Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2