# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ebony N. Smith aka Ebony N. Greene<br><br>                                     **Debtor(s)** | **BK NO. 20-21383 GLT** |
| | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC**<br>                                 **Movant** | **Related to Claim No. 19-1** |
| **vs.** | |
| **Ebony N. Smith aka Ebony N. Greene**<br>                               **Debtor(s)** | |
| **Ronda J. Winnecour,**<br>                               **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 27, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ebony N. Smith aka Ebony N. Greene
3010 Ford Avenue
Pittsburgh, PA 15235

Attorney for Debtor(s)
Julie Frazee Steidl, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 27, 2022

                                     **/s/Brian C. Nicholas Esquire**
                                     Brian C. Nicholas Esquire
                                     Attorney I.D. 317240
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     412-430-3594
                                     bkgroup@kmllawgroup.com